**3:UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

KEVIN L MARTIN,

        Plaintiff,

        v.                   CASE NO. 3:20-CV-82-MGG

JOHN GALIPEAU, et al.,

        Defendants.

## VERDICT FORM

**The jury must unanimously agree on the answer to each question.**

<u>Retaliation against Defendant John Galipeau</u>

**(1)** Did Kevin Martin establish, by a preponderance of the evidence, a prima face case of retaliation for violation of his First Amendment rights against John Galipeau?

_____Yes

_____ No

(If yes, proceed to Question 2. If no, sign at the bottom.)

**(2)** Did John Galipeau establish, by a preponderance of the evidence, that he would have made the same decision regarding Kevin Martin's personal property if Mr. Martin had not exercised his constitutional right to file lawsuits and grievances?

_____ Yes

_____ No

(If yes, proceed to Question 3. If no, sign at the bottom.)

**(3)**     Did Kevin Martin establish, by a preponderance of the evidence, that John

Galipeau's asserted reason for removing Mr. Martin's personal property from his

cell was pretextual and Warden Galipeau's real reason was to retaliate against

Mr. Martin?

_____ Yes

_____ No

(If yes, proceed to Question 4. If no, sign at the bottom).

**(4)**     Should compensatory damages be awarded to Kevin Martin to compensate for

the retaliation against him by John Galipeau for exercising his constitutional

right to file lawsuits and grievances.

_____ Yes, for the amount of $_____.

_____ No.

(If yes, proceed to Question 6. If no, proceed to Question 5.)

**(5)**     Should nominal damages in the amount of $1.00 be assessed against John

Galipeau for his violation of Kevin Martin's constitutional right?

(Proceed to Question 6.)

**(6)**     Should punitive damages be assessed against John Galipeau in favor of Kevin

Martin?

_____ Yes, for the amount of $_____.

_____ No.

(Sign at the bottom.)

Signature: _____
Jury Foreperson

Date: _____